UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG ROBINSON, as Special Administrator of the ESTATE OF ROBERT ROBINSON, deceased, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>NEVADA STATE VETERANS HOME-BOULDER CITY, a State Run Agency; and FRANK BELLINGER,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-01134-JAD-GWF<br><br>**ORDER** |

　　　This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed July 10, 2014. Defendants filed its Answer (#12) on February 17, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

　　　**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 20, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

　　　DATED this 9th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge